IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY OAKLEY and <br> MONICA OAKLEY, <br>     Plaintiffs, <br> VS. <br> ALLSTATE INSURANCE COMPANY <br> and HOMESITE INSURANCE <br> COMPANY OF THE MIDWEST, <br>     Defendants. | No. 3:10-0931 <br> JURY DEMANDED <br> JUDGE NIXON <br> MAGISTRATE JUDGE GRIFFIN |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO HOMESITE INSURANCE COMPANY OF THE MIDWEST ONLY**

It appears to the Court, as evidenced by the signatures of counsel below, that the parties agree that plaintiffs' claims against Homesite Insurance Company of the Midwest should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

It is therefore ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against Homesite Insurance Company of the Midwest are dismissed with prejudice. Allstate Insurance Company is the only remaining defendant.

**IT IS SO ORDERED.**

_____
Judge

**APPROVED FOR ENTRY:**


S/Patrick Witherington
Tracy Shaw, No. 7172
Andy Rowlett, No. 16277
Patrick Witherington, No. 22348
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN  37201-1107
(615) 244-3370
Attorneys for defendant Homesite
Insurance Company of the Midwest



S/Mike Breen
Mike Breen, No. 024876
MIKE BREEN ATTORNEY AT LAW, PSC
870 Fairview Ave., Suite 5
P.O. Box 3310
Bowling Green, KY 42102-3310
(270) 782-3030
&
Zale Dowlen
Attorney at Law
108 Lauren Drive
White House, TN  37188
(615) 497-0763
Attorneys for plaintiffs



S/David Waldrop
David M. Waldrop, No. 13079
WALDROP, BARNETT,
LAZAROV & NEARN, P.C.
9032 Stone Walk Place
Germantown, TN  38138
(901) 759-3489
Attorney for Allstate

2

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was served via the electronic filing system upon Mike Breen, 870 Fairview Avenue, Suite 5, P. O. Box 3310, Bowling Green, KY 42102-3310; Zale Dowlen, 108 Lauren Drive, White House, TN 37188; and David Waldrop, Waldrop, Barnett, Lazarov & Nearn, PC, 9032 Stone Walk Place, Germantown, TN 38138, on this 16th day of November, 2010.

                                              <u>S/Patrick Witherington</u>

F:\PDW\oakley.timothy\STIPULATION & ORDER OF DISMISSAL 11.16.10.wpd