IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIMOTHY OAKLEY; and MONICA )
OAKLEY )
) No. 3-10-0931
v. )
)
ALLSTATE PROPERTY & CASUALTY )
INSURANCE COMPANY;[1] and )
HOMESITE INSURANCE COMPANY )
OF THE MIDWEST )

O R D E R

On November 16, 2010, the parties filed a stipulation and order of dismissal with prejudice

of Homesite Insurance Company of the Midwest only (Docket Entry No. 14).

As a result, the motion to dismiss filed by defendant Homesite (Docket Entry No. 7) is

rendered MOOT and the Clerk is directed to terminate that motion as pending.

The Clerk is also directed to forward the file in this case to the Honorable John T. Nixon for

his consideration of the parties' stipulation and order of dismissal (Docket Entry No. 14).

Entry of the proposed order will not dismiss this case since the plaintiffs' claims against

defendant Allstate Property & Casualty Insurance Company remain pending.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered November 16, 2010 (Docket Entry No. 13), defendant Allstate Insurance
Company was terminated as a defendant and Allstate Property & Casualty Insurance Company was
substituted therefor.