IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY OAKLEY and<br>MONICA OAKLEY,<br><br>        Plaintiffs,<br><br>VS.<br><br>ALLSTATE INSURANCE COMPANY<br>and HOMESITE INSURANCE<br>COMPANY OF THE MIDWEST,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 3:10-0931<br>)   JURY DEMANDED<br>)   JUDGE NIXON<br>)   MAGISTRATE JUDGE GRIFFIN<br>)<br>)<br>) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
### AS TO HOMESITE INSURANCE COMPANY OF THE MIDWEST ONLY

It appears to the Court, as evidenced by the signatures of counsel below, that the parties agree that plaintiffs' claims against Homesite Insurance Company of the Midwest should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

It is therefore ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against Homesite Insurance Company of the Midwest are dismissed with prejudice. Allstate Insurance Company is the only remaining defendant.

**IT IS SO ORDERED.**

_____
Judge