UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| TIMOTHY OAKLEY AND MONICA OAKLEY ] ] ] PLAINTIFFS ] ] VS. ] ] ALLSTATE INSURANCE COMPANY ] ] DEFENDANT ] ] | NO. 3:10-0931 JURY DEMAND |

## PLAINTIFFS' MOTION TO COMPEL

The Plaintiffs, by counsel, move the Court for an Order compelling the Defendant, Allstate Insurance Company, to answer the Request for Production of Documents Propounded on Defendants, which was served upon Defendants with the Complaint herein. A copy of said requests is attached hereto.

On January 5, 2011, Plaintiffs' counsel made a written inquiry of the Defendant's counsel as to the status of response, and to date, has received no reply.

Pursuant to the Local Rules, Plaintiffs certify that an attempt has been made to resolve this matter with the Defendant, but Plaintiffs have received no response

1

whatsoever to same, and accordingly, must file this Motion seeking relief from the Court.

This February 2, 2011.

                                         **/s/ Mike Breen**
Mike Breen
MIKE BREEN ATTORNEY AT LAW
870 Fairview Ave., Suite 5
P O Box 3310
Bowling Green, KY 42102-3310
Telephone (270) 782-3030

and

                                           **/s/ Zale Dowlen**
Zale Dowlen
Attorney at Law
108 Lauren Drive
White House, TN 37188
Telephone (615) 497-0763

## Certificate of Service

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David M. Waldrop, Esq.
WALDROP, BARNETT, LAZAROV & NEARN, P.C.
9032 Stone Walk Place
Germantown, TN 38138

This February 2, 2011.

                                           **/s/ Mike Breen**
                                           Mike Breen