IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY OAKLEY; and MONICA OAKLEY | )<br>)<br>) |
| v. | ) No. 3-10-0931<br>)<br>) |
| ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; and HOMESITE INSURANCE COMPANY OF THE MIDWEST[1] | )<br>)<br>)<br>) |

O R D E R

On August 25, 2011, counsel for the defendant called the Court to advise that the parties had reached a settlement in this case.

By September 2, 2011, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' agreed order of dismissal to be filed by September 2, 2011.[2]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered November 16, 2010 (Docket Entry No. 13), defendant Allstate Insurance Company was terminated as a defendant and Allstate Property & Casualty Insurance Company was substituted therefor. By stipulation and order entered November 22, 2010 (Docket Entry No. 16), the plaintiffs' claims against defendant Homesite Insurance Company of the Midwest were dismissed with prejudice.

[2] By order entered November 16, 2010 (Docket Entry No. 13), the pretrial conference and trial were scheduled on March 2, 2012, and March 13, 2012, respectively.