IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

TIMOTHY OAKLEY and
MONICA OAKLEY,

    PLAINTIFFS,

Vs.

No. 3:10-cv-0931
JURY DEMANDED

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

    DEFENDANT.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the satisfaction of the Court, that all things and matters in controversy between Timothy Oakley and Monica Oakley and Allstate Property and Casualty Insurance Company, have been fully settled and compromised, as evidenced by the signatures hereto of counsel for the respective parties, and that the Plaintiff's case against Defendant should be dismissed with prejudice, and the Defendant's Counter-Complaint should be dismissed with prejudice, with each party to pay their own attorney's fees and bear their own discretionary costs.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff's cause of action against the Defendant is hereby dismissed with prejudice.

2. The Defendant's Counter-Complaint is hereby dismissed with prejudice.

3. Each party shall pay their own attorney's fees and bear their own discretionary costs.

_____
                                            JUDGE
                                    _____
                                    DATE  09/09/11

APPROVED FOR ENTRY:


s/ Mike Breen
_____
Mike Breen
Attorney for Plaintiffs
870 Fairview Avenue, Suite 5
P.O. Box 3310
Bowling Green, KY 42101-3310



s/ Zale Dowlen
_____
Zale Dowlen
Attorney for Plaintiffs
108 Lauren Drive
White House, TN 37188



s/ David M. Waldrop
_____
David M. Waldrop (#13079)
Attorney for Defendant
9032 Stone Walk Place
Germantown, TN 38138
(901) 759-3489