UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **TIMOTHY OAKLEY, et al.** | ) <br> ) <br> ) Case No. 3:10-cv-0931 |
| v. | ) JUDGE NIXON <br> ) |
| **ALLSTATE PROPERTY AND** <br> **CASUALTY INSURANCE COMPANY, et al.** | ) <br> ) |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on September 9, 2011.

      KEITH THROCKMORTON, CLERK
      s/Dalaina Thompson, Deputy Clerk